CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 24 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | Criminal Case No. 7:06-cr-00007-1 |
| v. | **2255 – FINAL ORDER** |
| JAMAL EDWARD CRUMP. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Crump's motion to vacate, set aside, or correct his sentence is **DENIED** and this action is **STRICKEN** from the active docket of the court. Further, finding that Crump has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. The Clerk of the Court is directed to send certified copies of this Memorandum Opinion and accompanying Order to Crump.

**Enter**: February 24, 2012.

UNITED STATES DISTRICT JUDGE