CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:06-cr-00007-1 |
| v. | ) ORDER |
| | ) |
| JAMAL EDWARD CRUMP. | ) By: Samuel G. Wilson |
| | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Crump's motions for a "redress of grievances" (Docket Nos. 68, 70) are **DENIED** and Crump's motions are **CONSTRUED** jointly as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The clerk is **DIRECTED** to redocket the motions (ECF Nos. 68, 70) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. A Certificate of Appealability is **DENIED**, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: This 25th day of July, 2013.

_____
United States District Judge